FILED

JUL 25 2018

DORIANNE WOODS Court Clerk
_____Deputy

MONTANA FIFTH JUDICIAL DISTRICT COURT
JEFFERSON COUNTY

| | |
|---|---|
| NICHOLAS CONLAN,<br><br>Plaintiff,<br><br>-vs-<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | CAUSE NO.: DV-2018-20<br><br>ORDER GRANTING MOTION & CONSENT TO WITHDRAW AS COUNSEL |

Upon motion of Adam Cook, and good cause appearing therefore,

IT IS HEREBY ORDERED AND THIS DOES ORDER that ADAM COOK is hereby authorized to withdraw as counsel of record for Plaintiff in this matter.

DATED THIS 25th DAY OF JULY, 2018.

ec: Adam Cook
John C. Crist

_____
DISTRICT COURT JUDGE

1. *Order Granting Motion & Consent to Withdraw as Counsel*