

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NICHOLAS CONLAN, <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | CV-18-94-H-JTJ <br><br><br> ORDER |

Plaintiff Nicholas Conlan (Conlan) has moved for leave to file a Second Amended Complaint. Conlan's proposed Second Amended Complaint is attached to his motion as Exhibit A.

IT IS ORDERED:

1. Conlan's Motion for Leave to a File Second Amended Complaint (Doc. 30) is GRANTED.

2. The Clerk shall file Conlan's Second Amended Complaint.

DATED this 26th day of June, 2019.

John Johnston
United States Magistrate Judge