# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | | |
|---|---|---|
| NICHOLAS CONLAN, | ) | Case No. 6:18-cv-00094-H-JTJ |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR UNOPPOSED** |
| vs. | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME** |
| COSTCO WHOLESALE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon reading the Unopposed Motion of the Plaintiff for Motion to extend time to file Responses to States Motion to Strike Uncontested Facts, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's response to Defendant's Motion to Strike (Doc. 60) is due by the 15th day of May 2020.

Dated this 12th day of May 2020.

John Johnston
United States Magistrate Judge

1

ORDER FOR EXTENSION