FILED
July 6, 2020
Clerk, U.S. District Court
District of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN RE: ELECTRONIC DEVICES IN COURT ENVIRONS | ORDER |

IT IS HEREBY ORDERED that all participants in the settlement conference set July 8, 2020 in CV-18-094-H-JTJ be permitted to bring electronic devices into the Paul G. Hatfield Federal Courthouse.

DATED this 6th day of July, 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge